

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAKIAH MILES (AKA, "SCRAPPY") AND APRYL WESTON,<br><br>Defendant. | CASE NO. 1:22-cr-00129-DAD-BAM<br><br>MOTION AND ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on May 5, 2022, charging the above defendants with a violations of 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud; 18 U.S.C. §§ 1028A(a)(1) and 2 – Aggravated Identity Theft and Aiding and Abetting (Two Counts); 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(C) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail,

///

///

///

Motion to Seal Indictment          1

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: May 5, 2022                               Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                        By       /s/ Joseph D. Barton
                              JOSEPH D. BARTON
                              Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: May 5, 2022                               _____
                                            SHEILA K. OBERTO
                                            U.S. Magistrate Judge