PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MAKIAH MILES (aka, "Scrappy") and <br> APRYL WESTON, <br><br> Defendants. | CASE NO. 1:22-CR-00129-DAD-BAM <br><br> **UNSEALING ORDER** |

Good cause appearing due to the defendants' pending initial appearances in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

Dated:  **May 17, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2