IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**MAKIAH MILES**<br><br>　　　　　　　Defendant. | CASE NO: 1:22-cr-00129-DAD-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | | Makiah Miles |
| Detained at | | Central California Women's Facility |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: 18 USC 1349; 18 USC 1028A(a)(1) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary by WEDNESDAY, JUNE 1, 2022, AT 2:00 P.M.*

| | |
|---|---|
| Signature: | *[signature]* |
| Printed Name & Phone No: | Joseph Barton, 559-497-4049 |
| Attorney of Record for: | United States |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 17, 2022**

　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　Honorable Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| AKA(s) | Scrappy | | ☐ Male ☒ Female | |
| Booking or CDC #: | CDCR # WF0379 | | DOB: | 01/08/1992 |
| Facility Address: | 23370 Road 22, Chowchilla, CA 93610 | | Race: | African-American |
| Facility Phone: | (559) 665-5531 | | FBI#: | 479342PC3 |
| Currently | | | | |

## RETURN OF SERVICE

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　(signature)