HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
APRYL WESTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. MAKIAH MILES and APRYL WESTON, Defendants. | Case No. 1:22-cr-00129-DAD-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>Date:  December 14, 2022<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, James Raymond Homola, counsel for Makiah Miles, and Assistant Federal Defender Erin Snider, counsel for Apryl Weston, that the Court may continue the status conference currently scheduled for August 24, 2022, at 1:00 p.m. to December 14, 2022, at 1:00 p.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on August 24, 2022, at 1:00 p.m.

2. The government has provided 3,449 Bates-marked pages of discovery in this matter.

3. Counsel for Ms. Miles and counsel for Ms. Weston require additional time to review discovery, consult with their clients regarding their options, and conduct necessary

1  investigation.

2      5.    Counsel for Ms. Miles and counsel for Ms. Weston believes that failure to grant
3  the above-requested continuance would deny them the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.

5      6.    The government does not object to the continuance.

6      7.    Based on the above-stated findings, the ends of justice served by continuing the
7  case as requested outweigh the interest of the public and the defendant in a trial within the
8  original date prescribed by the Speedy Trial Act.

9      8.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10 *et seq.*, within which trial must commence, the time period of August 24, 2022, to December 14,
11 2022, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 17, 2022    */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

Date: August 17, 2022    */s/ James Raymond Homola*
JAMES RAYMOND HOMOLA
Attorney for Defendant
MAKIAH MILES

HEATHER E. WILLIAMS
Federal Defender

Date: August 17, 2022    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
APRYL WESTON

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for August 24, 2022, at 1:00 p.m. is hereby continued to **December 14, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period of August 24, 2022, to December 14, 2022, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **August 17, 2022**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE