PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. APRYL WESTON and MAKIAH MILES, Defendants. | Case No. 1:22-cr-00129-DAD-BAM STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER DATE: December 14, 2022 TIME: 1:00 p.m. JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for December 14, 2022, at 1:00 p.m., for the above-captioned defendants in this case may be continued until February 22, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform and the need for discovery review, settlement exploration, and trial preparation. The parties agree that time under the Speedy Trial Act shall be excluded through February 22, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of

justice served by taking this action outweigh the best interests of the public and of the defendants to a speedy trial.

Dated:  December 7, 2022

*/s/ James Homola*
James Homola
Counsel for Makiah Miles

Dated:  December 7, 2022

*/s/ Erin Snider*
Erin Snider
Counsel for Apryl Weston

Dated:  December 7, 2022

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APRYL WESTON and MAKIAH MILES, <br><br> Defendants. | Case No. 1:22-cr-00129-DAD-BAM <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> DATE: December 14, 2022 <br> TIME: 1:00 p.m. <br> JUDGE: Hon. Barbara A. McAuliffe |

Upon the Parties' stipulation and for good cause shown, the Status Conference that is scheduled for December 14, 2022, at 1:00 p.m. for the above-captioned defendants is continued until **February 22, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through February 22, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **December 7, 2022**               /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

3