1 | HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 | ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
APRYL WESTON
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,          Case No. 1:22-cr-00129-ADA-BAM

12 |                Plaintiff,          **STIPULATION TO CONTINUE STATUS
                                        CONFERENCE; ORDER**
13 | vs.
                                        Date:  May 24, 2023
14 | MAKIAH MILES and APRYL             Time:  1:00 p.m.
WESTON,                                 Judge: Hon. Barbara A. McAuliffe
15 |
                Defendants.
16 |

17 |        IT IS HEREBY STIPULATED by and between the parties through their respective

18 | counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, James Raymond

19 | Homola, counsel for Makiah Miles, and Assistant Federal Defender Erin Snider, counsel for

20 | Apryl Weston, that the Court may continue the status conference currently scheduled for

21 | February 22, 2023, at 1:00 p.m. to May 24, 2023, at 1:00 p.m.

22 |        The parties agree and request that the Court make the following findings:

23 |        1.       By previous order, this matter was set for a status conference on February 22,

24 | 2023, at 1:00 p.m.

25 |        2.       The government has provided 3,449 Bates-marked pages of discovery in this

26 | matter.

27 |        3.       Counsel for Ms. Miles and counsel for Ms. Weston require additional time to

28 | review discovery, consult with their clients regarding their options, and conduct necessary

investigation.

5.      Counsel for Ms. Miles and counsel for Ms. Weston believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.      The government does not object to the continuance.

7.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 22, 2023, to May 24, 2023, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 15, 2023             */s/ Joseph Barton*
                                    JOSEPH BARTON
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Date: February 15, 2023             */s/ James Raymond Homola*
                                    JAMES RAYMOND HOMOLA
                                    Attorney for Defendant
                                    MAKIAH MILES

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date: February 15, 2023             */s/ Erin Snider*
                                    ERIN SNIDER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    APRYL WESTON

1

## **O R D E R**

2        IT IS SO ORDERED that the status conference is continued from February 22, 2023, to

3 **May 24, 2023 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded

4 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

5

6 IT IS SO ORDERED.

7        Dated:   **February 15, 2023**            /s/ *Barbara A. McAuliffe*

8                                                      UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28