PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00129-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| APRYL WESTON and MAKIAH MILES, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the status conference scheduled for July 26, 2023, at 1:00 p.m., for the above-captioned defendants in this case may be continued until October 11, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The government has produced thousands of pages of financial records in discovery.  Defense counsel has further investigation to perform and the need for discovery review, settlement exploration, and trial preparation.  The parties agree that time under the Speedy Trial Act shall be excluded through October 11, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties

also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendants to a speedy trial.

Dated:  July 19, 2023

*/s/ James Homola*
James Homola
Counsel for Makiah Miles

Dated:  July 19, 2023

*/s/ Erin Snider*
Erin Snider
Counsel for Apryl Weston

Dated:  July 19, 2023

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

1    PHILLIP A. TALBERT
     United States Attorney
2    JOSEPH D. BARTON
     Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, CA 93721
4    Telephone:  (559) 497-4000
     Facsimile:   (559) 497-4099
5

6    Attorneys for Plaintiff
     United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA          Case No. 1:22-cr-00129-DAD-BAM

12                Plaintiff,           ORDER

13        v.

14   APRYL WESTON and MAKIAH MILES,

15

16                Defendants.

17

18        Upon the parties' stipulation and for good cause shown, the status conference that is

19   scheduled for July 26, 2023, at 1:00 p.m. for the above-captioned defendants is continued until

20   **October 11, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.**  The period

21   through October 11, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

22   3161(h)(7)(B)(i) and (iv).

23   IT IS SO ORDERED.

24        Dated:   __July 19, 2023__          ___/s/ Barbara A. McAuliffe___

25                                            UNITED STATES MAGISTRATE JUDGE

26

27

28

                                              3