# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAKIAH MILES,<br><br>    Defendant. | Case No. 1:22-cr-00129-ADA-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF No. 38) |

On July 19, 2023, Defendant Makiah Miles filed a motion for bail review. (ECF No. 38.) On July 26, 2023, despite the Government's objection, the Court determined it proper to hold a bail review hearing based on new information and changed circumstances. (ECF No. 44.) On July 26, 2023, the Court continued the date of the bail review hearing to July 28, 2023, to receive and review jail records and financial documentation. (Id.) On July 28, 2023, the Court held a bail review hearing. (ECF No. 45.) Defendant appeared in custody with counsel James Homola. Counsel Joseph Barton appeared on behalf of the Government. Having considered the moving papers and the arguments presented at the hearing, the Court shall deny Defendant's motion for bail review.

A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there

are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

For the reasons stated on the record, the proposed conditions do not ensure the Defendant's appearance or the safety of the community. Therefore, Defendant's motion for bail review and release on conditions is DENIED.

IT IS SO ORDERED.

Dated:   **July 28, 2023**

UNITED STATES MAGISTRATE JUDGE