1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   APRYL WESTON
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:22-cr-00129-ADA-BAM

12            Plaintiff,                 **STIPULATION TO CONTINUE STATUS
                                         CONFERENCE; ORDER**
13  vs.
                                         Date:  November 8, 2023
14  MAKIAH MILES and APRYL               Time:  1:00 p.m.
    WESTON,                              Judge: Hon. Barbara A. McAuliffe
15
            Defendants.
16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, James Raymond

19  Homola, counsel for Makiah Miles, and Assistant Federal Defender Erin Snider, counsel for

20  Apryl Weston, that the Court may continue the status conference currently scheduled for October

21  11, 2023, at 1:00 p.m. to November 8, 2023, at 1:00 p.m.

22        The parties agree and request that the Court make the following findings:

23        1.    By previous order, this matter was set for a status conference on October 11, at

24  1:00 p.m.

25        2.    The government has provided 3,449 Bates-marked pages of discovery in this

26  matter.

27        3.    Counsel for Ms. Miles and counsel for Ms. Weston require additional time to

28  review discovery, consult with their clients regarding their options, conduct necessary

1   investigation, and engage in plea negotiations.

2       4.      Counsel for Ms. Miles and counsel for Ms. Weston believes that failure to grant

3   the above-requested continuance would deny them the reasonable time necessary for effective

4   preparation, taking into account the exercise of due diligence.

5       5.      The government does not object to the continuance.

6       6.      Based on the above-stated findings, the ends of justice served by continuing the

7   case as requested outweigh the interest of the public and the defendant in a trial within the

8   original date prescribed by the Speedy Trial Act.

9       7.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10  *et seq.*, within which trial must commence, the time period of October 11, 2023, to November 8,

11  2023, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(7)(A) and (B)(iv).

12      **IT IS SO STIPULATED.**

13                                              Respectfully submitted,

14
                                                PHILLIP A. TALBERT
15                                              United States Attorney

16  Date: October 4, 2023                       */s/ Joseph Barton*
                                                JOSEPH BARTON
17                                              Assistant United States Attorney
                                                Attorney for Plaintiff
18

19  Date: October 4, 2023                       */s/ James Raymond Homola*
                                                JAMES RAYMOND HOMOLA
20                                              Attorney for Defendant
                                                MAKIAH MILES
21

22                                              HEATHER E. WILLIAMS
                                                Federal Defender
23

24  Date: October 4, 2023                       */s/ Erin Snider*
                                                ERIN SNIDER
25                                              Assistant Federal Defender
                                                Attorney for Defendant
26                                              APRYL WESTON

27

28

Miles and Weston – Stipulation to Continue Status            2
Conference

1

**O R D E R**

2          **IT IS SO ORDERED.** The status conference currently scheduled for October 11, 2023,

3    at 1:00 p.m. is hereby continued to **November 8, 2023, at 1:00 p.m. before Magistrate Judge**

4    **Barbara A. McAuliffe**. The time period of October 11, 2023, to November 8, 2023, inclusive, is

5    excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

6    IT IS SO ORDERED.

7          Dated:    **October 4, 2023**              /s/ *Barbara A. McAuliffe*

8                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Miles and Weston – Stipulation to Continue Status                    3
Conference