HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
APRYL WESTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAKIAH MILES and APRYL WESTON,<br><br>Defendants. | Case No. 1:22-cr-00129-NODJ-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:   January 16, 2024<br>Time:   8:30 a.m.<br>Judge:  Hon. Charles R. Breyer |
|---|---|

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, James Raymond Homola, counsel for Makiah Miles, and Assistant Federal Defender Erin Snider, counsel for Apryl Weston, that the Court may vacate the status conference currently scheduled for December 13, 2023, at 1:00 p.m. and set a change-of-plea hearing for both defendants on January 16, 2024, at 8:30 a.m.

   The parties agree and request that the Court make the following findings:

   1.   By previous order, this matter was set for a status conference on December 13, 2023, at 1:00 p.m.

   2.   The parties have reached a tentative resolution to resolve the case against both defendants.

   3.   The parties therefore request that the Court vacate the December 13, 2023 status

1  conference and set a change-of-plea hearing for both defendants on January 16, 2024, at 8:30
2  a.m.
3      4.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
4  *et seq.*, within which trial must commence, the parties agree that the time period of December 13,
5  2023, to January 16, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and
6  (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case
7  as requested outweigh the interest of the public and the defendant in a trial within the original
8  date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel
9  and the delay results from defense counsels' continued review of discovery and case assessment,
10  defense counsels' need to review the plea agreements with their clients, and the court's
11  consideration of the plea agreement.

13  **IT IS SO STIPULATED.**

14                  Respectfully submitted,

16                  PHILLIP A. TALBERT
                  United States Attorney

17  Date: December 6, 2023     */s/ Joseph Barton*
                  JOSEPH BARTON
18                  Assistant United States Attorney
                  Attorney for Plaintiff

20  Date: December 6, 2023     */s/ James Raymond Homola*
                  JAMES RAYMOND HOMOLA
21                  Attorney for Defendant
                MAKIAH MILES

23                  HEATHER E. WILLIAMS
                  Federal Defender

25  Date: December 6, 2023     */s/ Erin Snider*
                  ERIN SNIDER
26                  Assistant Federal Defender
                Attorney for Defendant
27                  APRYL WESTON

**O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for December 13, 2023, at 1:00 p.m. is vacated. A change-of-plea hearing for both defendants is hereby set for **January 16, 2024, at 11:00 a.m. before the Honorable Charles R. Breyer**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 13, 2023, to January 26, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **December 6, 2023**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE